# WAGE AND WELFARE BOND

KNOW ALL MEN BY THESE PRESENTS, that we _____
(Employer)
of _____ herein called the "Principal," and _____
(City and State)                                                                                    (Insurance Company)

a Corporation authorized to transact business in the State of Illinois, herein called the "Surety," are hereby held and firmly bound to the Pointers, Cleaners, and Caulkers Union, Local #52, of Chicago, Illinois, herein called the "Obligee," or the "Union," in the penal sum of fifteen thousand ($15,000.00) dollars for the obligations hereinafter set forth for the payment of which, well and truly to be made, we hereby, jointly and severally, bind ourselves, our successors, assigns, heirs, executors, and administrators.

   WHEREAS, the above named Principal is employing members of the Union for the purpose of performing certain work within the jurisdiction of the Union as defined in that certain agreement now in effect between the Principal and the Union.

   NOW THEREFORE, the conditions of this bond are such that if the Principal shall well and faithfully pay the Wages, Welfare Fund contributions, Pension Plan contributions, Annuity Fund contributions, Promotional Fund contributions and Apprenticeship Fund contributions of any and all Union members or other employees working pursuant to the provisions of the aforesaid agreement who are or were employed by the Principal, then this obligation shall be void; otherwise it shall remain in full force and effect. It is expressly understood and agreed that the Principal and Surety, jointly and severally, are obligated to pay such wages, Welfare Fund, Pension Fund, Annuity Fund, Promotional Fund, and Apprenticeship Fund contributions as are due and unpaid. In no case shall the liability of the Surety exceed the penal sum stated above.

   This bond may be cancelled by the Surety ninety (90) days after receipt by the Obligee of the Surety's written notice of cancellation sent by Registered Mail.

   Signed, sealed, and dated on this ____ day of _____, 20 ___.

Principal                                                                 Surety

_____                      _____

By: _____                  By: _____
                                                                               Agent and Attorney-In-Fact

                                                                               _____
                                                                               Address

POWER OF ATTORNEY AND NOTARIAL
ACKNOWLEDGEMENT OF SURETY TO BE ATTACHED

F:\data\gmh\BMB\DC1\Local 52\Wage and Welfare Bond $15,000

EXHIBIT A

# POINTERS, CLEANERS and CAULKERS UNION
## LOCAL 52 OF THE I. U. B. A. C.

WILLIAM MEYERS, President         MARK ADAMS, Secretary-Treasurer

September 10, 2007

United Masonry Restoration
567 N. Williams
Thornton, Illinois 60476

Re: Local 52/Cash Bond

Dear Sir or Madam:

This letter will confirm the terms on which you have agreed to provide, and Local 52 has agreed to accept, a cash bond in order to satisfy your contractual obligation to provide a bond to protect wages, benefits, dues payments and other obligations that exist under your labor contract. You have provided Local 52 with a check in the amount of $2,200.00 with the balance of 2,800.00 due within 30 days, for a total of $5,000.00. Local 52 will hold that amount in place of a normal bond as contemplated by the labor contract, subject to the following:

1. If a decision of the joint arbitration board or an independent arbitrator as provided under the labor contract, or the decision of a court of competent jurisdiction, finds that you have unpaid obligations under the labor contract, any and all of the cash bond may be used by Local 52 to satisfy those obligations.

2. Interest will not be paid nor will any fees be charged for the administrative expense of maintaining the cash bond.

3. If you provide a traditional bond from a recognized surety in the proper form and amount, Local 52 will return the full amount of the cash bond or any portion of it that remains after whatever amounts may have been required to satisfy unpaid obligations.

4. As with a contractor that provides a traditional surety bond, you may be required to increase the amount of the cash bond if the size of your workforce changes to the extent provided in the labor contract; and if any portion of your cash bond is used to satisfy obligations found to exist, you will be required to replace that amount.

EXHIBIT B

5. Local 52 may, at its sole discretion and at any time before you have funded the complete $5,000.00 cash bond, modify this arrangement by requiring you to provide the entire $5,000.00 cash bond, or a cash bond in whatever amount is then required under the labor contract, immediately. Upon written notice from Local 52 informing you of this modification, you must provide Local 52 within one week with a payment in the amount necessary to increase your cash bond to a total of $5,000.00 or of whatever amount is then required under the labor contract. If you fail to do so within the required time, Local 52 will be entitled to treat you like any contractor who has failed to meet its obligations under the labor contract to prove a bond in the required form and amount.

6. Any dispute over the meaning of or compliance with these arrangements will be resolved through the grievance and arbitration procedures provided in the labor contract.

If you agree to these arrangements, please sign and date as indicated and return a copy of the letter to me.

Very truly yours,

William Meyers
President, Local 52, IL


On behalf of United Masonry Restoration, I agree to the arrangement stated in this letter.

By: _____

_____
JAMIE TEDESCHI
Please Print Name

Date: 9-10-07