UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

**FILED**
**JANUARY 18, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Pointers Cleaners and Caulkers
Subordinate Union Local 52 of the
International Union of Bricklayers
and Allied Craftworkers, AFL-CIO,

Plaintiff,

v.

United Masonry Restoration, Inc.,
Defendant.

Case Number:

**08 C 421**

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Pointers Cleaners and Caulkers Subordinate Union Local 52 of the International Union of Bricklayers and Allied Craftworkers, AFL-CIO

| SIGNATURE | Lakisha M. Kinsey-Sallis /s/ |
| --- | --- |
| FIRM | Dowd, Bloch & Bennett |
| STREET ADDRESS | 8 S. Michigan Avenue, 19th Floor |
| CITY/STATE/ZIP | Chicago, IL 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   6286598 | TELEPHONE NUMBER   (312) 372-1361 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |