AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Pointers Cleaners and Caulkers Subordinate
Union Local 52 of the International Union
of Bricklayers and Allied Craftworkers, AFl-CIO

V.

United Masonry Restoration, Inc.

CASE NUMBER: **08 C 421**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE GETTLEMAN
MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

United Masonry Restoration, Inc.
c/o Jamie Tedeschi, Registered Agent
567 N. William
Thornton, IL 60476

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michele M. Reynolds
Dowd, Bloch & Bennett
8 S. Michigan Ave., 19th Floor
Chicago, IL 60603
312 372 1361

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Cynthia Menals* (signature)

**(By) DEPUTY CLERK**



**January 18, 2008**

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
　　　　　　　　　*Date*　　　　　　　　　　*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

## Northern District of Illinois

CASE NAME.: Pointers, Cleaners and Caulkers Subordinate Union Local 52 of the International Union of Bricklayers and Allied Craftworkers, AFI–CFO vs. United Masonry Restoration, Inc.

CASE NUMBER: 08 C 421

### AFFIDAVIT OF PROCESS SERVER

I, **Lewis J. Ellis**, being duly sworn on oath, deposes and states as follows:

1. I am an agent of Elite Process Service & Investigations, Inc. with its principal place of business located in Plainfield, Illinois 60585. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Service & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations with an Illinois License No. of 117-001199.

3. I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case.

4. I was contracted to serve process in the above captioned case.

5. I personally served the within **Summons in a Civil Case and Complaint** in the above captioned matter on **United Masonry Restoration, Inc. c/o its Registered Agent Jamie Tedeschi** at his/her usual place of abode located at **567 North Williams Street, Thornton, IL 60476** on **01/28/2008** at **11:06 AM**.
Description: **Sex: Male – Age: 40 – Skin: White – Hair: Salt/Pepper – Height: 5.10 – Weight: 205**
Comments: Beard

6. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

X _____
Lewis J. Ellis

Subscribed and sworn to before me on this ___ day of _____, 20___.

_____ Notary Public

"OFFICIAL SEAL"
Melanie Broderick
Notary Public, State of Illinois
My Commission Exp. 03/02/2009

10508