UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POINTERS, CLEANERS AND CAULKERS SUBORDINATE UNION LOCAL 52 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, AFL-CIO, <br><br> Plaintiff, <br><br> v. <br><br> UNITED MASONRY RESTORATION, INC., <br><br> Defendant. | Case No. 08 C 421 <br><br> Judge: Robert W. Gettleman <br><br> Magistrate Judge Schenkier |

**PLAINTIFF'S MOTION FOR DEFAULT
JUDGMENT AND ENTRY OF FINAL ORDER**

Plaintiff Pointers, Cleaners and Caulkers Subordinate Union Local 52 of the International Union of Bricklayers and Allied Craftworkers, AFL-CIO ("Local 52"), through its attorneys Dowd, Bloch & Bennett, pursuant to Fed.R.Civ.P. 55(b)(2), respectfully moves for entry of default judgment and a final order in the form attached against Defendant United Masonry Restoration, Inc. (the "Company"). In support of this motion, Local 52 respectfully submits as follows:

1. This action is a claim under § 301 of the Labor-Management Relations Act, 29 U.S.C. § 185, to enforce a labor contract.

2. The complaint seeks an order requiring the Company to produce a bond in the amount of $5,000.00, or to supplement its existing cash bond with an additional $2,800, to assure payment of wages, fringe benefit fund contributions, dues, and other obligations that exist pursuant to the collective bargaining agreement between Local 52 and the Company; to reimburse Local 52's attorneys' fees and costs in accord with the provisions of the labor

contract; and to cease work within the geographic and craft jurisdiction of Local 52 regardless of the name or business form under which the Company performs such work until it furnishes the bond and pays the attorneys' fees and costs.

3. The form of the bond that is to be furnished was attached as Exhibit A to the complaint.

4. As set forth in the return of service form filed with the Clerk of Court on February 5, 2008, a copy of which is attached as Exhibit 1, the complaint and summons were served on the Company on January 28, 2008.

5. The Company has not filed an appearance, an answer, or any other responsive pleading.

6. Even if the Company had entered an appearance and answered the complaint, it would not have had any meritorious defense to the allegations in the complaint, as the labor agreement clearly sets forth the Company's obligation to post a bond, which it has failed to do.

7. Exclusive of time that will be spent subsequent to completion of this motion and the related documents, Local 52's attorneys will have devoted a total of 4.65 hours to this matter. This motion is accompanied by an affidavit from Local 52's lawyer that describes that work. (Exhibit 2, Reynolds Aff., ¶ 4)

8. Local 52 also seeks reimbursement for an additional two hours of legal work, which its lawyer believes is the minimum amount of work she will be required to perform after preparing and filing this motion. (Exhibit 2, Reynolds Aff., ¶ 5)

9. As set forth in the attached affidavit, Local 52's lawyers charge the Union $215.00

an hour for Mr. Barry M. Bennett's time and $190.00 for the time of Ms. Michele Reynolds and Mr. Steven W. Jados.  (Exhibit 2, Reynolds Aff., ¶ 6)

10.  Local 52 incurred expenses of $415.00 in this matter, consisting of the $350.00 filing fee and $65.00 for service of process. (Exhibit 2, Reynolds Aff., ¶ 8)

11.  The total requested reimbursement therefore is $1,702.25, comprising $1,287.25 for attorneys' fees and $415.00 for costs.

12.  Local 52 notes that the obligation to provide a bond is stated in the labor contract and the basis for the fees and costs for which reimbursement is sought is presented in detail in the attached affidavit.  As a result, the Union respectfully submits that all the information needed to justify the entry of a final order is presented here, and that no useful purpose would be served by requiring a prove-up hearing or further proceeding.

WHEREFORE, Local 52 respectfully asks that judgment be entered in its favor in the form provided in the attached order.

    Respectfully submitted,

      /s/ Michele M. Reynolds
    Michele M. Reynolds
    Attorney for
    Pointers, Cleaners and Caulkers
    Subordinate Union Local 52 of
    the International Union of Bricklayers
    and Allied Craftworkers, AFL-CIO

Barry M. Bennett
Michele M. Reynolds
Lakisha M. Kinsey-Sallis
Steven W. Jados
DOWD, BLOCH & BENNETT
8 South Michigan Avenue, 19th Floor
Chicago, IL  60603
(312) 372-1361