AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Pointers Cleaners and Caulkers Subordinate
Union Local 52 of the International Union
of Bricklayers and Allied Craftworkers, AFl-CIO

CASE NUMBER: **08 C 421**

V.

ASSIGNED JUDGE:

United Masonry Restoration, Inc.

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE GETTLEMAN
MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

United Masonry Restoration, Inc.
c/o Jamie Tedeschi, Registered Agent
567 N. William
Thornton, IL 60476

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michele M. Reynolds
Dowd, Bloch & Bennett
8 S. Michigan Ave., 19th Floor
Chicago, IL 60603
312 372 1361

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado*

(By) DEPUTY CLERK

January 18, 2008

Date



EXHIBIT 1

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                    Date                         *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

United States District Court

Northern District of Illinois

CASE NAME.: Pointers, Cleaners and Caulkers Subordinate Union Local 52 of the International Union of Bricklayers and Allied Craftworkers, AFI–CFO vs. United Masonry Restoration, Inc.

CASE NUMBER: 08 C 421

## AFFIDAVIT OF PROCESS SERVER

I, **Lewis J. Ellis**, being duly sworn on oath, deposes and states as follows:

1. I am an agent of Elite Process Service & Investigations, Inc. with its principal place of business located in Plainfield, Illinois 60585. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Service & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations with an Illinois License No. of 117–001199.

3. I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case.

4. I was contracted to serve process in the above captioned case.

5. I personally served the within **Summons in a Civil Case and Complaint** in the above captioned matter on **United Masonry Restoration, Inc. c/o its Registered Agent Jamie Tedeschi** at his/her usual place of abode located at **567 North Williams Street, Thornton, IL 60476** on **01/28/2008** at **11:06 AM**.
Description: **Sex: Male – Age: 40 – Skin: White – Hair: Salt/Pepper – Height: 5.10 – Weight: 205**
Comments: Beard

6. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

X _____
Lewis J. Ellis

Subscribed and sworn to before me on this ___ day of _____, 20___.

_____ Notary Public

*[Official Seal: Melanie Broderick, Notary Public, State of Illinois, My Commission Exp. 03/02/2009]*

10508

## **AFFIDAVIT**

**COUNTY OF COOK**       )
                         ) SS
**STATE OF ILLINOIS**    )

I, Michele M. Reynolds, of full age, being duly sworn on my oath, depose and say as follows:

1. This affidavit is based on my personal knowledge and, if necessary, I could testify to the facts contained in this affidavit.

2. I am an attorney admitted to the regular and trial bars of this Court, and belong to the bar of the State of Illinois. I have practiced labor, employment, and employee benefits law since 1997.

3. I am currently associated with the firm of Dowd, Bloch & Bennett, and in connection with this position I practice exclusively in the areas of labor, employment, and employee benefits law. I have responsibility for representing the plaintiff in this and other actions brought under the provisions of ERISA and the Labor Management Relations Act. Mr. Barry M. Bennett, a partner in the firm, has been practicing in the areas of labor, employment, and employee benefits since 1980. Mr. Steven W. Jados, an associate attorney with the firm, has been practicing in the areas of labor, employment, and employee benefits law since 2006.

4. Through the filing of this motion, the Firm has spent a total of 4.65 hours in conferring with the client, reviewing documents, preparing and reviewing the complaint and related documents, arranging for service on the Company, preparing letters to the Company and to the client, and preparing and reviewing this affidavit and the related motion, notice, proposed order, and other material.

5. I anticipate that after completing this affidavit and filing the motion, I will devote at least two additional hours to the case in preparing for and attending the hearing on the motion, examining any order or orders that may be entered, and informing my client and the defendant of the results;



and I therefore seek recovery on behalf of Local 52 of the charge which will be made for two hours of my time beyond the hours described in ¶4.

6. Our firm charges Local 52 a rate of $210.00 per hour for the work of Mr. Bennett and $190.00 per hour for my work and for that of Mr. Jados. I believe that these hourly rates are well within the range of what is normal and reasonable for lawyers in this area with these levels of ability and experience.

7. Based on the hours that have been expended and that I anticipate will be expended on behalf of Local 52, Local 52 will have incurred attorney fees in the total amount of $1,287.25.

8. In addition to the fees, Local 52 seeks recovery of the $350.00 filing fee and $65.00 for service of process fees. These costs totaling $415.00 were incurred and have been charged to Local 52.

I have read the foregoing affidavit and swear that it is true and correct to the best of my knowledge, information, and belief.

_____
Michele M. Reynolds

Sworn to and subscribed
before me this 4th day
of March, 2008

_____
Notary Public

"OFFICIAL SEAL"
ANNA MARIE HERNANDEZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/7/2009

2