**CERTIFICATE OF SERVICE**

I, Michele M. Reynolds, hereby certify that I have caused to be served the attached Notice of Motion and Plaintiff's Motion for Default Judgment and Entry of Final Order and proposed order via electronic filing on the parties eligible to receive e-filing and by having copies mailed to the parties not eligible for e-filing on March 5, 2008 before 5:00 p.m., with proper postage prepaid at the address indicated.

UNITED MASONRY RESTORATION, INC.
c/o Jamie Tedeschi, Registered Agent
567 N. William
Thornton, IL 60476

                                                /s/ Michele M. Reynolds
                                                Michele M. Reynolds
                                                One of Plaintiff's Attorneys