UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POINTERS, CLEANERS AND CAULKERS SUBORDINATE UNION LOCAL 52 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, AFL-CIO,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED MASONRY RESTORATION, INC.,<br><br>        Defendant. | Case No. 08 C 421<br><br>Judge: Robert W. Gettleman<br><br>Magistrate Judge Schenkier |

## NOTICE OF MOTION

TO:    UNITED MASONRY RESTORATION, INC.
        c/o Jamie Tedeschi, Registered Agent
        567 N. William
        Thornton, IL 60476

      PLEASE TAKE NOTICE that on **Tuesday, March 18, 2008** at **9:15 a.m.**, or as soon as thereafter as I may be heard, I will appear before the Honorable Robert W. Gettleman, or any Judge sitting in his place, at the courtroom usually occupied by him in Courtroom 1703 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illlinois, 60604, and present Plaintiff's Motion for Default Judgment and Entry of Final Order, a copy of which is attached and served upon you.

                                              Respectfully submitted,

                                              By:  /s/ Michele M. Reynolds

                                              Michele M. Reynolds
                                              Attorney for
                                              Pointers, Cleaners and Caulkers
                                              Subordinate Union Local 52 of
                                              the International Union of Bricklayers
                                              and Allied Craftworkers, AFL-CIO

Barry M. Bennett
Michele M. Reynolds
Lakisha M. Kinsey-Sallis
Steven W. Jados
DOWD, BLOCH & BENNETT
8 South Michigan Avenue, 19th Floor
Chicago, IL  60603
(312) 372-1361