# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 421 | **DATE** | 3/27/2008 |
| **CASE TITLE** | Pionters, Cleaners & Caulkers, etc.   vs   United Masonry Restoration, Inc. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for default judgment and entry of final order is granted. Defendant is to furnish plaintiff with a surety bond in the total amount of $5,000.00, or in the alternative, to pay $2,800.00 cash to plaintiff. Defendant is ordered to pay to plaintiff $1,702.25, comprising fees and costs. Defendant is ordered to cease work within the jurisdiction of Local 52. The Court retains jurisdiction.

[For further detail see separate order]
[Docketing to mail notice]

00:03