

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| POINTERS, CLEANERS AND CAULKERS SUBORDINATE UNION LOCAL 52 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, AFL-CIO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED MASONRY RESTORATION, INC.,<br><br>Defendant. | Case No. 08 C 421<br><br>Judge: Robert W. Gettleman<br><br>Magistrate Judge Schenkier |

## ORDER

This matter came before the Court on the Plaintiff's Motion for a Default Judgment and Entry of a Final Order, the Court has examined the Plaintiff's submissions and is fully informed, and it appears that good cause exists for granting Plaintiff's motion.

Therefore, IT IS ORDERED as follows:

1. Plaintiff's motion for a default judgment and entry of a final order against UNITED MASONRY RESTORATION, INC. is granted;

2. UNITED MASONRY RESTORATION, INC. is ordered to obtain and furnish to Plaintiff within 10 days of the date of this order a surety bond in the form provided as Exhibit A to Plaintiff's complaint and in the total amount of $5,000.00, or in the alternative, to pay $2,800 cash to Plaintiff to supplement Defendant's existing cash bond;

3. UNITED MASONRY RESTORATION, INC. is ordered to pay to the Plaintiff the sum of $1,702.25, comprising $1,287.25 for attorneys' fees and $415.00 for costs;

4. UNITED MASONRY RESTORATION, INC. is ordered to cease all work within the

geographic and craft jurisdiction of Local 52, regardless of the name or business form under which it operates, until it furnishes the bond and reimburses Local 52 the above attorneys' fees and costs; and

    5. The Court retains jurisdiction of this case to resolve any disputes concerning compliance.

SO ORDERED:

_____
Judge Robert W. Gettleman

Dated: March 27, 2008