## United States District Court for the Northern District of Illinois

Case Number: 08cv421   Assigned/Issued By: j. n.

Judge Name:   Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☑ Citation to Discover Assets

_____
_____
(Victim, Against and $ Amount)

☐ Writ _____
(Type of Writ)

_2_ Original and _2_ copies on _5/22/08_ as to  united mansory
(Date)
restoration, inc.; jp morgan chase bank, n.a. ( no notice filed)

---

C:\wpwin80\docket\feeinfo.frm   03/14/05