IN THE US DISRICT COURT OF THE
CHICAGO, ILLINOIS

08cv421

Case No. : 08C421
Hearing Date : 06/17/2008

### THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

JPMorgan Chase Bank, N.A. ("JPMC"), certifies under penalty of perjury that with regard to the property of the judgment (Citation Respondent) debtor, the Citation Respondent files the following answers to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Check one or more of the following and indicate the amount held:

A) Savings Account

B) Checking and/or Now Account

C) Certificate of Deposit

D) Money Market Account (Amount held) $ _____

E) Trust Account (Amount held) $ _____

F) Safety Deposit Box $ _____

G) No Accounts _____

H) Adverse Claimant :
   Name : _____  Address : _____

I) Wages, Salary or Commissions _____

J) Other Personal Property (Describe) _____

Attach a sheet for any additional information required by the Citation

                                Sub-Total : $ 9,004.50

Less right of offset for other loans :     $
Less deduction for fees limited by 205 ILCS 5/48.1 :  $

                                Total : $

According to the business records kept by the Citation Respondent, we show the above information to be correct.

                                Agent for Citation Respondent

                                Date

Respondent/Agent
Business Name : JPMorgan Chase Bank, N.A.
Address : 451 Florida Street P.O. Box 260164 Baton Rouge, LA 70826
Phone : (225) 332-7250
Fax : (225) 332-7274

# FILED

JUN 13 2008 TG
Jun 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LAW OFFICES

# DOWD, BLOCH & BENNETT

8 SOUTH MICHIGAN AVENUE · 19TH FLOOR
CHICAGO, ILLINOIS 60603-3315
PHONE (312) 372-1361
FAX (312) 372-6599

RECEIVED

MAY 2 8 2008

CHICAGO LAW DEPARTMENT
CW

J. PETER DOWD
ROBERT E. BLOCH
BARRY M. BENNETT
ROBERT S. CERVONE
RONALD M. WILLIS

MICHELE M. REYNOLDS
JUSTIN J. LANNOYE
LAKISHA M. KINSEY-SALLIS
STEVEN W. JADOS

Fax to: Court Orders And Levy's
Baton Rouge, LA
225-332-7274

MAIL CLERK
BW

May 22, 2008

**BY FIRST CLASS MAIL, CERTIFIED MAIL, and FAX**
JPMorgan Chase Bank, N.A.
c/o CT Corporation System
208 South LaSalle Street
Chicago, IL 60604
Fax: (312) 263-3928

JPMorgan Chase Bank, N.A.
10 South Dearborn Street
Chicago, IL 60603
Fax: (312) 732-3620

RE: Third-Party Citation to Discover Assets
Pointers, Cleaners and Caulkers' Union Local 52 v. United Masonry Restoration, Inc.
Case No. 08 C 421

Dear Sir or Madam:

The Pointers, Cleaners and Caulkers Subordinate Union Local 52 of the International Union of Bricklayers and Allied Craftworkers, AFL-CIO currently holds a judgment issued by the U.S. District Court in the amount of $4,502.25 plus accruing interest, against United Masonry Restoration, Inc., of which none has been paid. I understand the Defendant may have an account with your bank. Accordingly, I am enclosing with this letter a citation for the above-named party.

With regard to the Third Party Citation to Discover Assets, no one need appear at the citation deposition scheduled for June 17, 2008 at 1:00 PM, so long as I am provided the requested information prior to that date. Accordingly, feel free either to call or send me a letter indicating the assets of the above party and all relevant account information, including the account numbers. If the above-named party has any accounts, the accounts must be frozen up to an amount that is two times the amount of the judgment.

Sincerely,

Steven W. Jados

Enclosure

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POINTERS, CLEANERS AND CAULKERS SUBORDINATE UNION LOCAL 52 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, AFL-CIO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED MASONRY RESTORATION, INC.,<br><br>Defendant. | Case No. 08 C 421<br><br>Judge Gettleman<br><br>Magistrate Judge Schenkier |

## THIRD-PARTY CITATION TO DISCOVER ASSETS

To: JPMorgan Chase Bank, N.A.
c/o CT Corporation System
208 South LaSalle Street
Chicago, IL 60604
Fax: (312) 263-3928

THIS COURT HAS ISSUED A CITATION AGAINST JPMorgan Chase Bank, N.A. This Citation directs an authorized agent of JPMorgan Chase Bank, N.A., to appear before Michele M. Reynolds, attorney for the plaintiff, at 8 South Michigan Avenue, Suite 1900, Chicago, Illinois 60603 on Tuesday, June 17, 2008 at 1:00 p.m., to be examined under oath concerning the indebtedness owed to the plaintiff. The Citation was issued on the basis of a judgment order entered on March 27, 2008 by Judge Robert W Gettleman against UNITED MASONRY RESTORATION, INC., in the total amount of $4,502.25. To date, the Defendant has not paid anything toward the judgment. You are commanded to produce at the examination all books, records and documents

reflecting the assets and financial status of judgment-debtor **UNITED MASONRY RESTORATION, INC.**

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of or interfering with, any property not exempt from execution or garnishment belonging to UNITED MASONRY RESTORATION, INC. which it may be entitled or which may be acquired by or become due to it and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to the defendant, until further order of court or termination of the proceedings. **You are not required to withhold the payment of any money beyond double the amount of the remaining judgment due.**

The amount of income or assets that may be applied toward the judgment is limited by Federal and Illinois law. A JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF A JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

1) Under Illinois or Federal law, the exemptions of personal property owned by a debtor include a debtor's equity interest, not to exceed $4,000.00 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; workers compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest not to exceed $2,400.00 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500.00 in value, in any implements, professional books, or tools of the trade of the debtor;

2) Under Illinois law, every person is entitled to estate in a homestead, when it is owned and occupied as a residence, to the extent in value of $15,000.00, which homestead is exempt from judgment;

3) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lessor of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total 45 times the federal minimum hourly wage.

4) Under Federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceeds 30 times the federal minimum hourly wage.

5) Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

The Judgment debtors may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment-debtor also has the right to seek a declaration at an earlier date by notifying the clerk in writing at the Office of the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, 20th Floor, Chicago, Illinois. When so notified, the Clerk of the Court will obtain a prompt hearing from the court and will provide the forms that must be prepared by the judgment-debtor and sent to the judgment-creditor and judgment creditor's attorney regarding time and location of hearing. If you claim an exemption as indicated above or have other questions regarding the procedures, you may contact the judgment-creditor's attorney, Michele M. Reynolds at (312) 372-1361

YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT

| CLERK OF COURT | DATE |
|---|---|
| MICHAEL W. DOBBINS | MAY 22 2008 |

_____
DEPUTY CLERK

## CERTIFICATION OF ATTORNEY

The foregoing Citation was issued on the basis of a judgment order entered in favor of the Pointers, Cleaners and Caulkers Subordinate Local Union 52 of the International Union of Bricklayers and Allied Craftworkers on March 27, 2008 by Judge Robert W Gettleman of the United States District Court for the Northern District of Illinois (Case No. 08 C 421), against United Masonry Restoration, Inc., for $4,502.25. To date, the Defendant has not paid anything toward the judgment.

I, the undersigned, certify to the Court, under penalties as provided by law pursuant to 735 ILCS 5/1-109 that all information sated herein is true.

Steven W Jados
Attorney for Plaintiff/Judgment-Creditor

Barry M. Bennett
Michele M. Reynolds
Lakisha M. Kinsey-Sallis
Steven W Jados
DOWD, BLOCH & BENNETT
8 South Michigan, 19th Floor
Chicago, Illinois 60603
(312) 372-1361

## CERTIFICATE OF SERVICE

I, Steven W Jados, an attorney, hereby certify that I will serve the attached Third-Party Citation To Discover Assets on the parties listed below by first class mail, certified mail, and fax on May 22, 2008:

To:  JPMorgan Chase Bank, N.A.
c/o CT Corporation System
208 South LaSalle Street
Chicago, IL 60604
Fax: (312) 263-3928

JPMorgan Chase Bank, N.A.
10 South Dearborn Street
Chicago, IL 60603
Fax: (312) 732-3620

_____
Steven W Jados