## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| POINTERS, CLEANERS AND CAULKERS SUBORDINATE UNION LOCAL 52 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, AFL-CIO,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED MASONRY RESTORATION, INC.,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  08 C 421<br><br>Judge: Robert W. Gettleman<br><br>Magistrate Judge Schenkier |

### ORDER

This matter came before the Court on the Plaintiff's Motion for a Default Judgment and Entry of a Final Order, the Court has examined the Plaintiff's submissions and is fully informed, and it appears that good cause exists for granting Plaintiff's motion.

Therefore, IT IS ORDERED as follows:

1. Plaintiff's motion for a default judgment and entry of a final order against UNITED MASONRY RESTORATION, INC. is granted;

2. UNITED MASONRY RESTORATION, INC. is ordered to obtain and furnish to Plaintiff within 10 days of the date of this order a surety bond in the form provided as Exhibit A to Plaintiff's complaint and in the total amount of $5,000.00, or in the alternative, to pay $2,800 cash to Plaintiff to supplement Defendant's existing cash bond;

3. UNITED MASONRY RESTORATION, INC. is ordered to pay to the Plaintiff the sum of $1,702.25, comprising $1,287.25 for attorneys' fees and $415.00 for costs;

4. UNITED MASONRY RESTORATION, INC. is ordered to cease all work within the


EXHIBIT
A

geographic and craft jurisdiction of Local 52, regardless of the name or business form under which it operates, until it furnishes the bond and reimburses Local 52 the above attorneys' fees and costs; and

5. The Court retains jurisdiction of this case to resolve any disputes concerning compliance.

SO ORDERED:

Judge Robert W. Gettleman

Dated: March 27, 2008

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| POINTERS, CLEANERS AND CAULKERS SUBORDINATE UNION LOCAL 52 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, AFL-CIO, | ) ) ) ) | |
| | ) | **Case No. 08 C 421** |
| Plaintiff, | ) | |
| | ) | **Judge Gettleman** |
| v. | ) | |
| | ) | **Magistrate Judge Schenkier** |
| UNITED MASONRY RESTORATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### THIRD-PARTY CITATION TO DISCOVER ASSETS

To:     JPMorgan Chase Bank, N.A.
        c/o CT Corporation System
        208 South LaSalle Street
        Chicago, IL 60604
        Fax: (312) 263-3928

THIS COURT HAS ISSUED A CITATION AGAINST **JPMorgan Chase Bank, N.A.** This Citation directs an authorized agent of JPMorgan Chase Bank, N.A., to appear before Michele M. Reynolds, attorney for the plaintiff, at 8 South Michigan Avenue, Suite 1900, Chicago, Illinois 60603 on Tuesday, June 17, 2008 at 1:00 p.m., to be examined under oath concerning the indebtedness owed to the plaintiff. The Citation was issued on the basis of a judgment order entered on March 27, 2008 by Judge Robert W. Gettleman against **UNITED MASONRY RESTORATION, INC.,** in the total amount of $4,502.25. To date, the Defendant has not paid anything toward the judgment. You are commanded to produce at the examination all books, records and documents



EXHIBIT

B

reflecting the assets and financial status of judgment-debtor **UNITED MASONRY RESTORATION, INC.**

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of or interfering with, any property not exempt from execution or garnishment belonging to UNITED MASONRY RESTORATION, INC. which it may be entitled or which may be acquired by or become due to it and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to the defendant, until further order of court or termination of the proceedings. **You are not required to withhold the payment of any money beyond double the amount of the remaining judgment due.**

The amount of income or assets that may be applied toward the judgment is limited by Federal and Illinois law. A JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF A JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

1)      Under Illinois or Federal law, the exemptions of personal property owned by a debtor include a debtor's equity interest, not to exceed $4,000.00 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; workers compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest not to exceed $2,400.00 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500.00 in value, in any implements professional books, or tools of the trade of the debtor;

2)      Under Illinois law, every person is entitled to estate in a homestead, when it is owned and occupied as a residence, to the extent in value of $15,000.00, which homestead is exempt from judgment;

3)      Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lessor of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total 45 times the federal minimum hourly wage.

4)      Under Federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceeds 30 times the federal minimum hourly wage.

5)      Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

The Judgment debtors may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment-debtor also has the right to seek a declaration at an earlier date by notifying the clerk in writing at the Office of the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, 20th Floor, Chicago, Illinois. When so notified, the Clerk of the Court will obtain a prompt hearing from the court and will provide the forms that must be prepared by the judgment-debtor and sent to the judgment-creditor and judgment creditor's attorney regarding time and location of hearing. If you claim an exemption as indicated above or have other questions regarding the procedures, you may contact the judgment-creditor's attorney, Michele M. Reynolds at (312) 372-1361.

YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT.

| CLERK OF COURT | DATE |
|---|---|
| MICHAEL W. DOBBINS | MAY 2 2 2008 |

_____

DEPUTY CLERK

## CERTIFICATION OF ATTORNEY

The foregoing Citation was issued on the basis of a judgment order entered in favor of the Pointers, Cleaners and Caulkers Subordinate Local Union 52 of the International Union of Bricklayers and Allied Craftworkers on March 27, 2008 by Judge Robert W. Gettleman of the United States District Court for the Northern District of Illinois (Case No. 08 C 421), against United Masonry Restoration, Inc., for $4,502.25. To date, the Defendant has not paid anything toward the judgment.

I, the undersigned, certify to the Court, under penalties as provided by law pursuant to 735 ILCS 5/1-109 that all information sated herein is true.

Steven W. Jados
Attorney for Plaintiff/Judgment-Creditor

Barry M. Bennett
Michele M. Reynolds
Lakisha M. Kinsey-Sallis
Steven W. Jados
DOWD, BLOCH & BENNETT
8 South Michigan, 19th Floor
Chicago, Illinois 60603
(312) 372-1361

## CERTIFICATE OF SERVICE

I, Steven W. Jados, an attorney, hereby certify that I will serve the attached Third-Party Citation To Discover Assets on the parties listed below by first class mail, certified mail, and fax on May 22, 2008:

To:    JPMorgan Chase Bank, N.A.
       c/o CT Corporation System
       208 South LaSalle Street
       Chicago, IL 60604
       Fax: (312) 263-3928

       JPMorgan Chase Bank, N.A.
       10 South Dearborn Street
       Chicago, IL 60603
       Fax:  (312) 732-3620

Steven W. Jados

## CERTIFICATE OF MAILING CITATION

I, Steven W. Jados, certify that within three business days of service of the Third-Party Citation to Discover Assets upon a person or party other than the judgment debtor, I will cause to be served a copy of the Third-Party Citation to Discover Assets on the judgment debtor listed below via first class mail.

To:  United Masonry Restoration, Inc.
     c/o Jamie Tedeschi, Registered Agent
     567 North William
     Thornton, IL 60476

_____
Steven W. Jados

EXHIBIT

C

**IN THE US DISRICT COURT OF THE
CHICAGO, ILLINOIS**

Case No. : 08C421
Hearing Date : 06/17/2008

**THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS**

JPMorgan Chase Bank, N.A. ("JPMC"), certifies under penalty of perjury that with regard to the property of the judgment (Citation Respondent) debtor, the Citation Respondent files the following answers to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Check one or more of the following and indicate the amount held:

A) Savings Account

B) Checking and/or Now Account

C) Certificate of Deposit

D) Money Market Account (Amount held) $ _____

E) Trust Account (Amount held) $ _____

F) Safety Deposit Box $ _____

G) No Accounts _____

H) Adverse Claimant :

       **Name :**                      **Address :**

I) Wages, Salary or Commissions _____

J) Other Personal Property (Describe) _____

Attach a sheet for any additional information required by the Citation

**Sub-Total : $ 9,004.50**

Less right of offset for other loans :          $
Less deduction for fees limited by 205 ILCS 5/48.1 :    $

**Total : $**

According to the business records kept by the Citation Respondent, we show the above information to be correct



_____
Agent for Citation Respondent

_____
Date

Respondent/Agent
Business Name : JPMorgan Chase Bank, N.A.
Address : 451 Florida Street P.O. Box 260164 Baton Rouge, LA 70826
Phone : (225) 332-7250
Fax : (225) 332-7274

**EXHIBIT
D**