IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POINTERS, CLEANERS AND CAULKERS SUBORDINATE UNION LOCAL 52 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, AFL-CIO, | )<br>)<br>)<br>)   Case No. 08 C 421 |
| Plaintiff, | )<br>)   Judge Gettleman |
| v. | )<br>)   Magistrate Judge Schenkier |
| UNITED MASONRY RESTORATION, INC., | )<br>) |
| Defendant. | ) |

**SUPPLEMENTAL JUDGMENT**
**TURN OVER ORDER**

This matter came before the Court on Plaintiff's Motion for Agreed Supplemental Judgment and Turn Over Order Directed at JPMorgan Chase Bank, N.A., the Court has examined Plaintiff's submissions and is fully informed, and it appears that good cause exists for granting Plaintiff's motion. It is therefore ORDERED as follows:

1. A Supplemental Judgment in the amount of $2,857.95 is entered against United Masonry Restoration, Inc., in favor of the Plaintiff. This Supplemental Judgment supplements the Judgment Order entered in this matter on March 27, 2008.

2. Third party respondent JPMorgan Chase Bank, N.A., shall turn over to Plaintiff Pointers, Cleaners and Caulkers Subordinate Union Local 52 of the International Union of Bricklayers and Allied Craftworkers, AFL-CIO, $7,360.20 presently held from the account of United Masonry Restoration, Inc. Those funds should be turned over within three days of receipt of this Order, and upon payment to the Plaintiff, the citation lien on the Defendant's

account, as a result of this case, shall be released.

SO ORDERED:


By:_____        Date:_____
ROBERT W. GETTLEMAN, J.