## CERTIFICATE OF SERVICE

I certify that I will serve the Notice of Motion, Motion for Agreed Supplemental Judgment and Turn Over Order, Proposed Order, and Exhibits by having copies mailed to the addresses and faxed to the numbers indicated below on July 1, 2008.

United Masonry Restoration, Inc.
c/o Jamie Tedeschi, Registered Agent
567 North William
Thornton, IL 60476

JPMorgan Chase Bank, N.A.
c/o CT Corporation System
208 South LaSalle Street
Chicago, IL 60604
Fax: (312) 263-3928

JPMorgan Chase Bank, N.A.
10 South Dearborn Street
Chicago, IL 60603
Fax: (312) 732-3620

JPMorgan Chase Bank, N.A.
Court Orders and Levies Department
LA2-2808
P.O. Box 260164
Baton Rouge, LA 70826-0164

                                                    s/Steven W. Jados
                                                    Steven W. Jados