IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| POINTERS, CLEANERS AND CAULKERS SUBORDINATE UNION LOCAL 52 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, AFL-CIO, | ) ) ) ) ) | Case No. 08 C 421 |
| Plaintiff, | ) ) | Judge Gettleman |
| v. | ) ) | Magistrate Judge Schenkier |
| UNITED MASONRY RESTORATION, INC., | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:  United Masonry Restoration, Inc.
c/o Jamie Tedeschi, Registered Agent
567 North William
Thornton, IL 60476

JPMorgan Chase Bank, N.A.
c/o CT Corporation System
208 South LaSalle Street
Chicago, IL 60604
Fax: (312) 263-3928

JPMorgan Chase Bank, N.A.
10 South Dearborn Street
Chicago, IL 60603
Fax: (312) 732-3620

JPMorgan Chase Bank, N.A.
Court Orders and Levies Department
LA2-2808
P.O. Box 260164
Baton Rouge, LA 70826-0164

PLEASE TAKE NOTICE that on **Wednesday, July 9, 2008** at **9:15 a.m.**, or as soon thereafter as I may be heard, I will appear before the Honorable Robert W. Gettleman, or any Judge

sitting in his place, at the courtroom usually occupied by him in Courtroom 1703 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present Plaintiff's Agreed Motion for Supplemental Judgment and Turn Over Order Directed at JPMorgan Chase Bank, N.A., copies of which are attached and served upon you.

          Respectfully submitted,

          By:   s/Steven W. Jados
              Steven W. Jados
              One of Plaintiff's Attorneys

Michele M. Reynolds
LaKisha M. Kinsey-Sallis
Steven W. Jados
DOWD, BLOCH & BENNETT
8 South Michigan Avenue, 19th Floor
Chicago, Illinois 60603
(312) 372-1361