# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 421 | **DATE** | 7/9/2008 |
| **CASE TITLE** | Pointers, Cleaners and Caulkers Subordinate Union   vs   United Masonry Restoration | | |

**DOCKET ENTRY TEXT:**

Plaintiff's agreed motion for supplemental judgment in the amount of $2,857.95 against defendant, and turn over order directed at JP Morgan Chase Bank is granted.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | | Courtroom Deputy | GDS |
|---|---|---|---|